# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00397-LEK-WRP |
| CASE NAME: | Martin J. Walsh vs. Acme Pumping Services, Inc., et al. |
| ATTY FOR PLA: | Eduard R. Meleshinsky, Esq. |
| ATTYS FOR DEFTS: | Randall N. Harakal, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | AT&T |
| DATE: | 5/19/2022 | TIME: | 3:00 – 3:11 p.m. |
| | | | 3:12 – 3:38 p.m. |
| | | | 3:39 – 3:46 p.m. |

COURT ACTION:  EP:  STATUS CONFERENCE
               SETTLEMENT ON THE RECORD

Mr. Eduard Meleshinsky appeared for plaintiff.

Defendants Mr. George Grace and Ms. Sabrina Grace represented by Mr. Randall Harakal appeared for defendants.

The Court held a Telephonic Status Conference. (3:00 – 3:11 p.m. no record)

Discussion held regarding consent to proceed before a Magistrate Judge.

The Court held a Telephonic Settlement on the Record.  (3:12 – 3:28 p.m.; 3:39 – 3:46 p.m.

Counsel stated the key terms on the record.

The Court to retain limited jurisdiction as it pertains to enforcement of the terms of the settlement agreement.

Parties shall update the Court on the parties' positions regarding consent to proceed before a Magistrate Judge by May 27, 2022.

Consent Judgment shall be signed and executed by July 19, 2022.

Counsel shall meet, confer, and file a status report by November 15, 2022.

Court recess. (3:28 – 3:38 p.m.)

The Court found that the parties have entered into a valid and enforceable settlement.

All dates and deadlines, including trial, are VACATED.

        *Submitted by: Juliet Parker, Courtroom Manager*