MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
EDUARD R. MELESHINSKY (Cal. Bar No. 300547)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7744
Fax: (415) 625-7772
Email: meleshinsky.eduard.r@dol.gov
*Attorneys for Plaintiff*
*Acting Secretary Vincent N. Micone*

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| Vincent N. Micone, III[1], Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>Acme Pumping Services, Inc., et al.<br><br>Defendants. | Case No. 1:20-cv-00397-WRP<br><br>PLAINTIFF ACTING SECRETARY'S FIFTH STATUS REPORT |

On February 12, 2025, the Court issued an order directing the parties, Plaintiff Acting Secretary of Labor Vincent N. Micone, III ("Acting Secretary"), and Defendants Acme Pumping Services, Inc. et al., ("Defendants"), to continue to

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Vincent N. Micone, III is substituted in for Julie A. Su, who resigned on January 20, 2025.

1

PLAINTIFF ACTING SECRETARY'S FIFTH STATUS REPORT

meet and confer regarding Plaintiff's pending motion for order to show cause. ECF No. 104. The Court also ordered Plaintiff and Defendants to "each file <u>separate</u> status reports regarding any resolution of the issues in the Motion and noting any remaining issues." *Id.* (emph. in original). Plaintiff's counsel emailed Defendants' counsel regarding Plaintiff's written offer to resolve the pending contempt motion on January 21, 2025 and then called Defendants' counsel to discuss the terms in more detail.[2] Thereafter, Plaintiff's counsel emailed Defendants' counsel on January 29, 2025; February 4, 2025; and February 14, 2025 to reiterate that Defendants must respond to the Acting Secretary's January 21, 2025 offer to resolve the pending contempt motion. Plaintiff's counsel has received no email or phone call from Defendants' counsel since January 21, 2025.

Dated: February 18, 2025

Respectfully submitted,

MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
Counsel for Wage and Hour

*/s/ Eduard R. Meleshinsky*
EDUARD R. MELESHINSKY
Trial Attorney

*Attorneys for the Acting Secretary,*
*U.S. Department of Labor*

---

[2] Plaintiff's counsel emailed Defendants' counsel at lawhi@yahoo.com which is the same email address that Defendants' counsel has used since this matter was first filed. Defendants' counsel has used this email address to respond to email from Plaintiff's counsel in the past including as recently as January 17, 2025.